■ ROBERTA RINALDO et al., Appellants, v SPRINGVILLE COUNTRY CLUB, INC., et al., Respondents.—Order unanimously affirmed, without costs, for reasons stated in memorandum decision at Special Term, Gossel, J. (Appeal from order of Supreme Court, Erie County, Gossel, J.—discovery.) Present—Dillon, P. J., Callahan, Doerr, Pine and Balio, JJ.

■ DOLORES TRAINA, Respondent, v FRONTIER LINEN SUPPLY, INC., et al., Appellants.—Order unanimously affirmed, with costs *(see, Sole v Kurnik,* 119 AD2d 974; *Mulhauser v Wood,* 107 AD2d 1019, *appeal dismissed* 65 NY2d 637; *Savage v Delacruz,* 100 AD2d 707). (Appeal from order of Supreme Court, Erie County, McGowan, J.—summary judgment.) Present—Dillon, P. J., Callahan, Doerr, Pine and Balio, JJ.